JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITELU LEHA ULI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>U.S. DEPT. OF HOMELAND SECURITY,<br><br>　　　　Respondent. | Case No. LA CV 17-6044 SJO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Order Denying Request for Enlargement of Time to File Appeal, Summarily Dismissing Action Without Prejudice, and Denying Certificate of Appealability.

DATED: November 1, 2017

　　　　　　　　　　　　　　　　　_S. James Otero_____
　　　　　　　　　　　　　　　　　HON. S. JAMES OTERO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE